UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>          Plaintiff,                                 )<br>                                                              )<br>     v.                                                  )<br>                                                              )<br>CARLOS VALDOVINOS-DIAZ et. al.,  )<br>                                                              )<br>          Defendants.                         )<br>                                                              ) | No. CR14-5159 BHS<br><br><br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before the Court on the parties' stipulated motion to continue the trial date and pretrial motions due date in this matter, and the Court having considered the facts set forth in the motion and the records and files herein and the statements from counsel made on the record on June 3, 2014, the Court finds as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate

ORDER - 1

preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B(ii).

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defenses. 18 U.S.C. § 3161(h)(7)(B)(iv).  NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from June 10, 2014, to September 16, 2014.  The resulting period of delay up to and including September 16, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than July 30, 2014 and a Pretrial conference is set for September 8, 2014, at 9:00 a.m.

DATED this 3rd day of June, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*  
Attorney for Carlos Valdovinos-Diaz

s/ *Thomas Campbell*  
Attorney for Rogelio Anaya-Reyes

s/ *Thomas Weaver*  
Attorney for Alfredo Valdovinos-Diaz

s/ *Jerrod Patterson*  
Attorney for the Government

s/ *Ronald Ness*  
Attorney for Alejandro Estrada-Perez

ORDER - 2

FEDERAL PUBLIC DEFENDER  
1331 Broadway, Suite 400  
Tacoma, WA 98402  
(253) 593-6710