Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR14-5159BHS |
| Plaintiff, | ORDER CONTINUING MOTIONS CUT-OFF DATE |
| vs. | |
| ALFREDO VALDOVINOS-DIAZ, et al, | |
| Defendant. | |

THE COURT HAVING considered the file and the contents therein,

IT IS HEREBY ORDERED that the Motions Cut-off Date is continued for two weeks from July 30, 2014 to August 13, 2014.

DATED this 4th day of August, 2014

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1

The Law Office of Thomas E. Weaver
P.O. Box 1056
Bremerton WA 98337
(360) 792-9345